UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUELYN BOUAZIZI,

    Plaintiff,

CASE NO:

v.

HILLSBOROUGH COUNTY, and
HILLSBOROUGH COUNTY CIVIL
SERVICE BOARD,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant Hillsborough County, by and through its undersigned counsel, files its Notice of Removal of this action from the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida. As grounds therefore, Defendant states as follows:

1. This action was commenced by the filing of Plaintiff's initial Complaint on or about November 18, 2015, in the Circuit Court in and for Hillsborough County, Florida (a true and correct copy of the Complaint is provided as **Exhibit 1**). The initial Complaint asserted no federal claims. This case was docketed as Civil Action No. 15-CA-10520; Division: B.

2. On December 30, 2015, Plaintiff served upon Defendant a Summons and copy of the Complaint (a copy of the Summons is provided as **Exhibit 2**), seeking remedies for age, race and gender discrimination, as well as retaliation under the Florida Civil Rights Act.

3. Subsequent amended complaints have been filed by the Plaintiff. However, until the Plaintiff filed her Second Amended Complaint on February 20, 2019, Plaintiff asserted no

1

federal claims. Plaintiff's Second Amended Complaint was filed and served on February 20, 2019, a copy of which is provided as **Exhibit 3**.

4. For the first time, Plaintiff's Second Amended Complaint asserts claims under Title VII, 42 U.S.C. 2000 et seq., and 42 U.S.C. 1983.

5. Since the first time Plaintiff asserted a federal claim was in her Second Amended Complaint which was served upon Defendant on February 20, 2019, this removal is timely presented pursuant to 28 U.S.C. § 1446(b).

6. Under the provisions of 28 U.S.C. §1441(b) and §1443, Defendant is entitled to remove this action from the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, because Plaintiff's Second Amended Complaint contains civil rights claims that are brought pursuant to federal statutes. Further, pursuant to Local Rule 4.02, the removed suit is to be docketed in the Tampa Division.

7. By reason of the above facts, Defendant requests that this action be removed from the Circuit Court in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, contingent upon payment by Defendant of all costs and disbursements incurred by reason of these removal proceedings should it be determined that this action was improperly removed.

8. In accordance with 28 U.S.C. § 1446(d), after the filing of this Notice of Removal, Defendant shall promptly give written Notice of the instant Notice of Removal to Plaintiff. A copy of the Notice of Removal to Plaintiff is provided as **Exhibit 4**.

9. In conformity with the requirements of Local Rule 4.02(b), Defendant has provided to the Clerk of this Court on a CD, a true and legible copy of all process, pleadings, orders and

other papers or exhibits of every kind, including depositions, which are currently on file in the state court action.

**WHEREFORE**, Defendant requests that the above-captioned suit, which is pending in the Circuit Court in and for Hillsborough County, Florida, Case No. 15-CA-10520; Division: B, be removed to this Court, that this Court accept jurisdiction of this action, and that this action be placed upon the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

Respectfully submitted,

*/s/ Stephen M. Todd*

Stephen M. Todd, Esquire
Sr. Assistant County Attorney
Florida Bar No.: 0886203
Office of the County Attorney
601 E. Kennedy Boulevard, 27th Floor
Tampa, Florida  33602
(813) 272-5670 – Fax: (813) 272-5758
Attorney for Defendant, Hillsborough County
ToddS@hillsboroughcounty.org
MatthewsL@hillsboroughcounty.org
ConnorsA@hillsboroughcounty.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was provided, via electronic mail to the following, on March 18, 2019.

| | |
|---|---|
| **Carl R. Hayes, Esquire**<br>308 E. Martin Luther King, Jr. Blvd.<br>Suite E<br>Tampa, Florida 33602<br>carlrolandhayes@gmail.com<br>*Attorney for Plaintiff* | **Peter W. Zinober, Esquire**<br>Greenberg Traurig, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, Florida 33602<br>zinoberp@gtlaw.com<br>*Attorney for Hillsborough County*<br> *Civil Service Board* |

                                                */s/ Stephen M. Todd*
                                                Stephen M. Todd, Esquire
                                                Senior Assistant County Attorney